1  Deborah Barron, Esq. (SBN 153840)
   P. Elizabeth Norris, Esq. (SBN 258543)
2  BARRON LAW CORPORATION
   A Professional Law Corporation
3  1900 Point West Way, Suite 202
   Sacramento, California 95815
4  Telephone: (916) 486-1712
   Facsimile:  (916) 927-5524
5

6  Attorneys for Plaintiff
   Jacquelynn Rigney
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | JACQUELYNN RIGNEY, an individual, ) CASE NO.  2:11-CV-03124-WBS-GGH
                                      )
12 |     Plaintiff,            ) **STIPULATION AND [~~PROPOSED~~]**
                                      ) **ORDER TO CONTINUE**
13 | vs.                               ) **SCHEDULING CONFERENCE**
                                      )
14 | YOUNG'S PAYLESS IGA MARKET, a     )
   | business entity, KEVIN YOUNG, an  )
15 | individual and owner of YOUNG'S   )
   | PAYLESS IGA MARKET, GARY EVANS,   )
16 | an individual, TINA MAUSENBACH, an )
   | individual, and DOES 1 through 25, inclusive, )
17 |                                   )
   |     Defendants.           )
18 | _____   )

19
        Plaintiff JACQUELYNN RIGNEY and Defendants YOUNG'S PAYLESS MARKET,
20
   KEVIN YOUNG and TINA MAUSENBACH, by and through their respective counsel, DO
21
   HEREBY STIPULATE:
22
        1.   That the Scheduling Conference currently set for May 14, 2012 at 2:00 p.m. in
23
   Courtroom 5 before the Honorable William B. Shubb be continued to June 11, 2012 at 2:00 p.m.
24
        2.   That a Joint Status Report be filed 14 days prior to the new scheduling
25
   conference.
26

27
   ///
28

1

**Stipulation and [Proposed] Order to Continue Scheduling Conference**

1  ///

2  Dated: May 9, 2012                    BARRON LAW CORPORATION

3

4                                        By:  /s/  P. Elizabeth Norris
                                             Deborah Barron
5                                            P. Elizabeth Norris
                                             Attorneys for Plaintiff
6

7

8

9  Dated:  May 9, 2012                   BISHOP/BARRY/DRATH

10

11                                       By:  /s/  Ray Z. Bacerdo (as authorized on 5/9/12)
                                              Ray Z. Bacerdo
12                                            Attorneys for Defendants
                                              Young's Payless IGA Market, Kevin Young and
13                                            Tina Mausenbach

14

15

16                                    ORDER

17     THE COURT HEREBY GRANTS the parties' stipulation to continue the Scheduling

18  Conference currently set for May 14, 2012 at 2:00 p.m. in Courtroom 5 before the Honorable

19  William B. Shubb.  The Scheduling Conference shall now be held on **June 11, 2012 at**

20  **2:00 p.m.** in Courtroom 5.

21     The parties' Joint Status Report shall be due on or before **May 29, 2012**.

22

23

24  Dated:  May 10, 2012

25                          _____
26                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
27

28

2

**Stipulation and [Proposed] Order to Continue Scheduling Conference**