Attorney Identification (include State Bar number) **Deborah Barron, Esq. (SBN 153840)**

**Barron Law Corporation**
1900 Point West Street, Suite 202
Sacramento, CA 95815
(916) 486-1712
Attorney(s) for: Plaintiff Jacquelynn Rigney

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Jacquelynn Rigney | ) | NO.: 2:11-CV-03124 |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO ELECT |
| | ) | REFERRAL OF ACTION TO VOLUNTARY |
| | ) | DISPUTE RESOLUTION PROGRAM (VDRP) |
| | ) | PURSUANT TO LOCAL RULE 271 |
| Young's Payless IGA, et al. | ) | |
| Defendant(s) | ) | |
| | ) | |

_____

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: July 26, 2012

*/s/ Deborah Barron*
Deborah Barron
Attorney(s) for Plaintiff, Jacquelynn Rigney


*/s/ Ray Z. Bacerdo*
Ray Z. Bacerdo
Attorney(s) for Defendants Young's Payless IGA Market, Kevin Young, Gary Evans and Tina Mausenbach

IT IS SO ORDERED.

DATED:   August 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

rev. 12/09